JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUAN LI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SEREVICES, ET AL.,<br><br>　　　　Defendants. | No. 5:23-cv-2023-JLS-KK<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY CASE PENDING ADJUDICATION OF APPLICATION (Doc. 11)** |

 Having read and considered the Joint Stipulation to Stay Case Pending Adjudication of Application submitted by the parties, and finding good cause therefor, IT IS HEREBY ORDERED that the instant action shall be stayed until March 11, 2025. No later than that date, Plaintiff shall file a notice of dismissal or status report in the action.

Dated: November 30, 2023

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HON. JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE